**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26 -62168-CIV-SMITH**

LUIS TEJEDA ZELAYA,

     Petitioner,

v.

WARDEN, BROWARD
TRANSITIONAL CENTER, *et al.*,

     Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Voluntary Dismissal [DE 5].  Upon consideration, it is

    **ORDERED** that:

1. The Petition is **DISMISSED without prejudice**.

2. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 12th day of August, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record